UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Jacksonville_ Division

CIVIL RIGHTS COMPLAINT FORM

3:08-CV-945-J-32JRK

HERBERT DEMOND YORK DC#B02762

CASE NUMBER: N/A
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

(A\\ DEFENDANTS): ARE EACH SUED IN THEIR INDIVIDUAL CAPACITIES AND MALICOUS CONDUCT: (B) DEFENDANT(S) ARE SUED INDIVIDUAL CAPACITIES INDIVIDUALLY: (C) PLAINTIFF ALLEGES SEPARATE CLAIMS: (D) PLAINTIFF SEE V.S. DECLARATORY JUDGEMENT INJUNCTIVE RELIEF AND COMPENSATORY AND PUNITIVE DAMAGE.

V. WARDEN: MICHAEL HICKS

LIETENT: FELICIA CHESTNUT

SERGANT: B. HARPER

SERGANT: BAILEY

C\O: M.L LEWIS

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

C\O: J.R HARRIS

C\O: RUELSE

C\O: A. GARZA

C\O: J.J. OLIVER

NURSE: MS. WILSON

INSPECTOR OF UNION CORRECTIONAL INT. AS RELIEF. (E) REQUEST TRIAL BY JURY: (F) ALL DEFENDANT SHALL BE INDICTATED:

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: UNION CORRECTIONAL INSTITUTION
(Indicate the name and location)

7819 NORTH WEST 228TH STREET, RAIFORD, FLORIDA 32026

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

   1. Informal Grievance (Form DC3-005)
   2. Formal Grievance (Form DC1-303)
   3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes (✓) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

DC 225 (Rev. 9/03)                               2

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _9-25_____, 2_008_.

X _____ o/# 802769 (Pro se)
Signature of Plaintiff


RECEIVED BY
UNION CORRECTIONAL INSTITUTION

_____ 802769
FOR MAILING

DC 225 (Rev. 9/03)                                3

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I WROTE AN (INFORMAL GRIEVANCE) TO M. HICKS (WARDEN) WHICH DIDN'T RESPOND BACK, SO I MOVE TO THE NEXT STEP AND WROTE A (FORMAL GRIEVANCE) (303-FORM) TO SECRETARY DEPARTMENT.

2. What were the results? I STILL HAVEN'T RECEIVED NO RESULTS BACK FROM EITHER (MICHAEL HICKS) (WARDEN) NOR (SECRETARY) OF DEPARTMENT OF CORRECTIONS. BOTH OF THERE TIME LIMITS HAS EXPANDED PAST LIMITATIONS, THEREFORE I'M CONTINUING ON (SEE ATTACH) MY DECLARATION OF EVIDENCES STATED.

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: INSTITUTION REFUSED TO RESPOND, THERE FORE I FILED TO SECRETARY, DEPARTMENT OF CORRECTIONS (303-FORM).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of 9-25- , 2008.

_____
Signature of Plaintiff

RECEIVED BY
UNION CORRECTIONAL INSTITUT..

_____ B02769
FOR MAILING

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

   7. Approximate filing date: N/A

   8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: HERBERT YORK DC# BO2769

Mailing address: 7819 N.W. 228TH STREET, Raiford, Florida, 32026. (UNION CORRECTIONAL INSTITUTION)

B. Additional Plaintiffs: _____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: L.T. FELICIA CHESTNUT

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, Raiford, Florida, 32026

Position: (LIETENANT)

Employed at: UNION CORRECTIONAL INSTITUTION

D. Defendant: SERGANT HARPER, B.

Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, Raiford, Florida, 32026

Position: (SERGANT)

Employed at: UNION CORRECTIONAL INSTITUTION

E. Defendant: SERGANT BAILEY
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (SERGANT)
Employed at: UNION CORRECTIONAL INSTITUTION

F. Defendant: OFFICER LEWIS M.L.
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (OFFICER)
Employed at: UNION CORRECTIONAL INSTITUTION

G. Defendant: OFFICER HARRIS J.R.
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (OFFICER)
Employed at: UNION CORRECTIONAL INSTITUTION

H. Defendant: OFFICER RUISE
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (OFFICER)
Employed at: UNION CORRECTIONAL INSTITUTION

I. Defendant: OFFICER GARZA A.
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (OFFICER)
Employed at: UNION CORRECTIONAL INSTITUTION

J. Defendant: OFFICER OLIVER J.J.
Mailing Address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228TH STREET, RAIFORD, FLORIDA, 32026
Position: (OFFICER)
Employed at: UNION CORRECTIONAL INSTITUTION

K.  Defendant: Nurse: Ms. Wilson
    Mailing Address: Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida 32026

    Position: (Medical Nurse)

    Employed at: Union Correctional Institution

L.  Defendant: (Warden) Michael Hicks
    Mailing Address: Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida 32026

    Position: Warden of Union Correctional Inst.

    Employed at: Union Correctional Institution

M.  Defendant: Union Correctional Inspector Staff(s)
    Mailing Address: Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida 32026

    Position: Inspector of Union Correctional Institution

    Employed at: Union Correctional Institution

CONT. (7)

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Plaintiff comes forth alleging that (784.045), (784.07), (784.03), Aggravated Assault And Battery, "Brutility", Unjustified use of force, Intentionally, was Committed By Each (Named) Defendants In their official, but Individual Capacities, "Tort" misconduct maliciously, sadistically, Cruel-n-unusual punishment Actions, As "Retaliton" upon Plaintiff which cause Bodily Harm, which is a violation of my Amendment Rights (4), (8), part (13) And (14) Rights. Also violation of Chapter 33 policies. Under the color of State law. All Defendants Shall Be Indictated. Also my (1st) Amend Due to Retali-ation.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On Date of (06-25-2008), at Approximatly Hours of Between (8) Till (9) AM, In The Morning, Inmate Herbert York DC# (B-02769), was pull out of his cell which was location (O-1113) of (O) Dormintory, By C/O Broomfield, And was Escorted Down the wing To the (wing #1) Recreation Yard Entrance That leads To The Outside Exit To The Rec. Yard, Which you must Enter The First Door, Then you're In The Center Between The Entrance Door, And The Exit Door That Leads Out, so Therefore it's a Length of (3) Three feet Hall-way To Exit. Once Inmate Herbert York DC# B-02769, was In This

ATTN: (Statement of Fact, Continue (Through) 9, A, B, And C.)

## STATEMENT OF CLAIM CONT:

(1)     The actions of L.T. <u>Felicia Chestnut</u>, exercising the use of physical force by ordering Defendants to "<u>Intentionally</u>", with "<u>Maliciously</u>", and "<u>Sadistically</u>" apply <u>physical force</u> against Plaintiff without provocation, or, ordering "unjustified use of force", in violation of the (8th) and (4th) amendment, also part (13th) and (14th) of the U.S. Constitution, under the color of state law.

(2)     The actions of <u>Sergeant Harper</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>" with "<u>maliciously</u>" and "<u>sadistically</u>, constituted "<u>cruel</u>" and "<u>unusual punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(3)     The actions of <u>Sergeant Bailey</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>" with "<u>malicious</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "Punishment", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(4)     The actions of <u>C/O Lewis</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>", with "<u>maliciously</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "<u>punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(5)     The actions of <u>C/O Harris</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>", with "<u>maliciously</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "<u>punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(8)(B) #2

## STATEMENT OF CLAIM CONT:

(6)     The actions of <u>C/O Ruilse</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>", with "<u>maliciously</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "<u>punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(7)     The actions of <u>C/O Garza</u>, in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>", with "<u>maliciously</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "<u>punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(8)     The actions of <u>C/O Oliver</u> in using physical force against Plaintiff without need or provocation, or, in exercising excessive force were done "<u>intentionally</u>", with "<u>maliciously</u>" and "<u>sadistically</u>", constituted "<u>cruel</u>" and "<u>unusual</u>" "<u>punishment</u>", well as "<u>unjustified use of force</u>", in violation of the (8th) and (4th), part (13th) and (14th) amendment right, address under the color of state law.

(9)     The actions of <u>Nurse Ms. Wilson</u>, at <u>Union Correctional Institution</u>, fail to fully show cause the following bodily injuries upon plaintiff, (all) injuries wasn't properly documented on forms <u>DC4701C, DC4-708, DC 4-683j</u>, which suffered wounds, bruises around the eyes, and face, also swollen marks cross the chest and rib area, above the mid section and up all swollen, which Plaintiff was neglected of a full body scan exam or wasn't <u>properly, professionally, documented, recorded,</u> on such aforementioned diagrams of (all injuries caused by "use of force" in any, and or, fashion, shape, or formed, as written proof of such allegations states above.

(10)    The "responsibility", of <u>Warden Michael Hicks</u>, to properly train his officials, which are his co-workers at Union Correctional Institution. Its aforesaid "Warden" responsibility to make sure his co-workers has a certain amount of "training hours", not under the influence of any such drug or beverage, while on duty or employed as an officer while on shift at (D.O.C. and also his responsibility to report any probable cause to State Attorney of that County, (Union) under rules-n-regulations of Chapter 33-602.210(11), if indeed (him) knowing or knew his officer committed, "<u>intentionally</u>", "<u>maliciously</u>", and "<u>sadistically</u>, "unjustified use of force acts", against any incarcerated inmate against his will, which done "retaliation", or "intent", is "unprofessional and out of proper form and description of the Department of

(8)(B) #3

## STATEMENT OF CLAIM CONT:

Corrections title, care, custody, and control of his/or her such job description duties, address as violation under color of state law.

(11) The actions of the Defendant(s) of Union Correctional Institution, "Inspector "Officials", which was notified by Plaintiff (DC6-236), notifying the Defendant aforementioned of such violation struck upon him by (D.O.C) officials, fail to properly assist his/or her, duties as investigator to show cause, and inform State Attorneys office of allegations (aforementioned) of "use of force", which was used with maliciously and sadistically, to injury Plaintiff, intentionally, also after Plaintiff referred this situation (complaint) to his counselor "Ms. Davis which also file a written complaint, but still Plaintiff hasn't been seen by inspector officials as of yet, which after any such use of force, Plaintiff or inmates must be seen or interview either by medical, counselor, video camera, inspector, which violated his constitutional right (4th) and (8th) and part (13th) and (14th), under the color of state law.

(12) The actions of Defendant(s), Sergeant Harper, L.T. Chestnut, Sergeant Bailey, C/O Lewis, C/O Harris, C/O. Ruilse, C/O Garza, C/O Oliver, in excessing, or using physical force against Plaintiff without need or provocation constituted the "Torts" of "Assault" and "Battery", under 944.35, 768.28, 784.045, 784.07, 784.021, Fla. Statutes.

(13) The actions of Defendant(s), Sergeant Harper, L.T. Chestnut, Sergeant Bailey, C/O Lewis, C/O. Harris, C/O Ruilse, C/O Garza, C/O Oliver, in exercising excessive force, "unjustified", "intentionally", physical force unprovoked constitutes the tort of Assault and Battery under s. 944.35, 775.082, 083-4, 768.28, Fla. Statutes with great bad faith, negligence.

(14) The Defendant(s) action(s) violated Plaintiff's Right to "Equal Protections", in violation of Plaintiff's (14th) amendment rights, when used excessive force against Plaintiff deliberately, with disregard, and Gross Sadistic and Malicious intent to cause harm to Plaintiff.

(15) Defendant(s) action(s) were outside of their each employment, and in violation of the Defendant(s) own rule, policy, while acting outside the scope of their, each employment, also failing to contact State Attorney Officials due to probable cause in (aforementioned) case, also (per) Chapter 33-208.002(12) a violation for falsifying reports or records, are each sued, each in their official, but "individual" "capacity".

(8)(B) #4

Statement of facts, continued:

Location, inmate Herbert York DC#B-02769, was then met with in the faces of these additional officers on the recreation (Admin) crew, Security (14) crew under Sergeant Harper, and Bailey, which was present was Sergeant Harper, Sergeant Bailey, C/O Lewis, and an (unknown)(White Male Officer), also C/O Ruilse, C/O Broomfield did not enter inside. Once inmate Herbert York DC#B-02769 was in the confines of both doors, off camera, which is what we call a (Dead Zone), Sergeant Bailey then stated: "(You know you gone get one)", then reach back, and slap inmate Herbert York DC#B-02769, in the face, (then), the, (White Male, unknown officer), struck next, then Sergeant Bailey grabbed me by the back of my shirt, then slammed inmate Herbert York DC# B-02769, against the wall, then C/O Lewis, then kicked inmate Herbert York DC# B-02769, in the chest area, then Sergeant Harper (hit)(me) from the left side, and C/O Ruilse (punch) me in the (face), as "each" one of these (officers), "participated", in this, "unjustified", (brutality) on my person, as, (each) took "turns", (raining)(punches), and (kicks), to "face", "chest", "legs", "arms", and the ("back of my head"), while inmate Herbert York DC# B-02769, was in (restraints) which, (inmate), was (handcuffed) to the back, (vulnerable). Inmate Herbert York DC# B-02769, (begged), aforementioned officers to (please)(cease) there (unjustified brutality), which my words only made aforementioned (officers) "strived harder", to physically harm (me), Inmate Herbert York DC# B-02769, by causing (bodily harm). This "cruel" and "unusual", punishment,

Statement of Facts, continued:

("intentionally"), went on for approximately a minute straight, if more, or close to it. Inmate Herbert York DC# B-02769, then was "bleeding", from the "nose", swollen face", on "back", had "scratches", on the left side of my shoulder, (I) was "light headed", "barely could walk", which aforementioned officer then "drugged" "me", to the (Rec.) "cage", and (threw) me inside. Once inside, officers mentioned, gathered around as other inmates, which was present at this time on the (Rec.) yard, inside (Rec.)(cages), started yelling, and screaming, as then inmate Herbert York DC# B-02769, finally "struggled" to his feet", and "turned", around, and back up to the cage front to "surrender" the (handcuffs) to C/O Harris. After the (handcuffs) were "off", all these (aforementioned) officers started talking amongst each other, and cursing out the inmates stating, (they'll be next if they don't shut the fuck up"), as then Sergeant Bailey (noticed) that (blood) was (soaking) "all" over the front of inmate Herbert York DC# B-02769 face, around the nose area, dropping as inmate Herbert (constantly) dapped his swollen nose from this staff (brutalizing), Sergeant Bailey ordered inmate York DC#B-02769, to (surrender) his white (T)-shirt, which that inmate Herbert didn't move (fast enough), (also) inmate Herbert stated, that (officials), mentioning to there persons, that they violated (his) constitutional right under the color of law, utilizing excessive force on inmate Herbert York DC# B-02769, without any video camera (presented) to detect such "brutality", actions from mentioned officers, which Sergeant Harper didn't take to

(9)(A)

Statement of Facts, continued:

"lightly", ordered his officials to line up, so they could come inside and beat inmate Herbert some more for his statement, which Sergeant Bailey stated, "tell these folks this", as inmate Herbert York DC# B-02769, "back" "away" form the cage entrance, which as Sergeant Bailey (unlocked) the (Best)(Master lock) off the gate, then rushed inmate Herbert, followed by aforementioned officers, which a can of pepper spray was in Sergeant Bailey hand, and also C/O Lewis. Behind Sergeant Bailey came Sergeant Harper, C/O Lewis after Harper, then C/O Garza behind Lewis, then C/O Broomfield behind Garza, then C/O Harris, C/O Oliver, (White Male, unknown officer), and C/O Ruilse all ran inside of cage, (still no camera present) team up on inmate Herbert. There (also)(isn't), "No" camera located no where or directions of the recreation yard "period". Once all (aforementioned) officers (rushed), in, Sergeant Bailey sprayed inmate Herbert in the face and (all) then participated in punching, and kicking inmate Herbert. Once inmate Herbert DC#B-02769, was "on" the "ground", C/O Garza, started (kicking), inmate Herbert, inmate Herbert in the (head), (face), and (chest) area, which inmate Herbert (nose), started "bleeding", (again)(badly). Once C/O Garza stop kicking inmate Herbert, then moved out the way. C/O Lewis then sprayed inmate Herbert York DC# B-02679, again after Sergeant Bailey have already done so, he pull the seal and place the pepper spray nozzle in inmate Herbert (nose), then (sprayed) such (chemical agents), in inmate Herbert breathing canal. Sergeant Bailey, Sergeant Harper, C/O Ruilse, tore the

Statement of Facts, continued:

(white (T) shirt), "off", of inmate York, Herbert, DC# B-02769, then carried him back inside, which in between the doors which lead to wing, and Rec. Yard of (O) Dorm, Wing One, where then inmate Herbert again was "brutalized", by (now), Sergeant Harper, which who (punch), inmate Herbert in the jaw, then C/O Lewis, who (ranned) inmate Herbert (head) into the (wall), then Sergeant Bailey (kicked) inmate Herbert York DC# B-02769, in the (left ankle), then took inmate York through the entrance door to (Wing One) bottom tier of (O)-Dorm, then threw inmate Herbert York DC# B-02769 in the holding cell, (See Wing #1) bottom floor (camera) as witness to such officer present, once the door of holding cell was closed, inmate, inmate Herbert (suffered) pains committed by aforementioned officers in this statement for approximately (20) twenty minutes, until (inmate) was then escorted to (Wing Three)(Showers), soaked in pepper spray, eating at inmate Herbert Skin, burning like a (lit fire) over his face, also inmate was suffering from (difficulty) of (breathing) from pepper spray by Officer C/O Lewis doing which was sprayed up his nose canal. Inmate recognized the (voice) of Sergeant Bailey, but none of the other officials or nor, could he (see) due to (pepper spray) closed in and "aro9und""eye" area. After inmate Herbert took s shower, Sergeant Bailey, sergeant Harper then escorted inmate Herbert to the (medical section) of (O) dormitory, which (Nurse: Ms. Wilson), was assigned to (O) Dorm, which assisted the use of force documents. Inmate Herbert was asked several questions relating to incident of where all his pains were (located), afterwards, the same mentioned officials escorted inmate

(9)(C)

Statement of Facts, continued:

Herbert York DC#B-2769, back to his resident, (Wing One)(Cell-O-113). (06-26-2008), Inmate Herbert place a sick call slip in to see medical concerning swollen chest, and ribs, eye area, and swollen left ankle, and couldn't move left arm, which was swollen also. Inmate Herbert then brought to Nurse Wilson (attention), about the (staff abuse), which at this time, inmate Herbert felt safer from the hands of the brutality officers, which Nurse: Ms. Wilson stated: ("She wasn't writing all that shit down") gave inmate Herbert York DC#B-02769, some (Ibuprofenss) pills, and that was it. After date of (02-26-2008), Inmate Herbert York placed in several sickcalls concerning altercations of (use of force) form (06-25-2008) which to "no avail", was Inmate ever seen again or answered on his future sickcalls (form) mention date and forward due to retaliation purpose.

(9)(D)

TE OF FACT CONT.

Time (3) (H) O clock

ER THIS INTERCOURSE, OFFICER Ruise ▓▓▓ ▓▓▓ AND OFFICER Broomfield, (SEE VIDEO) DATE OF (08-01-2008) WAS OFFICIALS THAT PACKED MY PROPERTY ONCE I DECLARED A Psychological Emergency, which was ADDRESSED ON INCIDENT ON (06-25-2008) TAILIATED" ON MY PERSONS, by physically DISTROYING my & E.T.C. PROPERTY AS TED, SIX KING MAGAZINES, ONE PAIR OF REEBOK, two Books OF STAMPS, TEN STAMP ELOPES, THREE FRESH DEODORANTS, THREE TOOTHPASTES, THREE IRISH SPRING SOAPS, FOUR OVE SOAPS, ONE PAIR OF SUNGLASSES, ALSO A PAIR OF (DOC) READING GLASSES, My Miscilous, ETTERS, AND LEGAL MATERIALS WAS ALL MISPLACED ONCE TAKEN OUT OF MY CELL ON DATE (08-01-2008), (DISTROYED), And PLACED IN OTHER INMATE PROPERTY DUE TO THIS ETALIION PURPOSES. THIS VIOLATES My (1ST) AND (14TH) AMENDMENT RIGHT, PER. CHAPTER 33-103. 15 (i), Chapter 33-103. 017 (i), chapter 33-501.301 (6)(j); Wilderger V. Brackwell, 869 F.2d 1467 (11th Cir. 1989); Bridges v. Russell, 757 F.2d 1155 (11th Cir. 1985); Hall V. Sutton, 755 F.2d 786, 787 (11th Cir. 1985), which NO RETALIATION SHALL be COMMENCED UPON ME DUE TO THE FACTS, THAT I EXERCISE THE (1ST) AMENDMENT RIGHT to File Grievances, Lawsuits, OR giving A witness, STATEMENT, OR TESTIFY. ▓▓▓▓▓ My Informal Grievances, And Formal Grievances Is not making it to properly DESTINATION, There My Remedies could not possibly get Exhausted, so I shall still be Able, per My DELICATATION TO HAVE MEANINGFUL ACCESS TO THE COURTS.

PAGE (9)(D)

VIII. <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

(A) Monies Damages in Brutily used wish cause Bodily Harm which Plaintiff shall be compensated 100,000. (B) Mentally Disorder and malfunctions Mental Issues 50,000. (C) Audio and Video Camera in All Holding cells and Rec. Yard Furnish by Defendants as Relief. (D) All Fines, Court Cost, Medical Fees paid By Defendants. (E) Also Plaintiff Request a "Trial By Jury"... (F) Also Request for a Summary Judgement, All Defendants shall Be Indictated, and Punish To The full length For There "Tort" Intent Actions.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _____ day of _9-1-26_____, 2_008_.

x_Herbert D. Jack_ of B02764 (PROSE)
(Signatures of all Plaintiffs)